# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> BURNEVA MCCULLUM, Individually and d/b/a MCCULLUM, MCCULLUM & MCNAIR a dissolved Illinois corporation, <br><br> Defendant. | Case No.: 2011 C 854 <br><br> Judge Darrah <br><br> Magistrate Judge Finnegan |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 8, 2011 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon BURNEVA MCCULLUM, Individually and d/b/a MCCULLUM, MCCULLUM & MCNAIR a dissolved Illinois corporation was made on the Defendant on February 9, 2011, and a copy of the proof of service was filed with the court on March 2, 2011.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$3,264.60 Pension
$3,602.59 Welfare
$925.00 Attorneys fees
$442.00 Court costs
$8,234.19

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, BURNEVA MCCULLUM, Individually and d/b/a MCCULLUM, MCCULLUM & MCNAIR, a dissolved Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $8,234.18.

                TRUSTEES OF THE SUBURBAN TEAMSTERS
                OF NORTHERN ILLINOIS WELFARE AND
                PENSION FUNDS

                s/John J. Toomey
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: March 3, 2011